**In the Interest of S.J.O.**

**JUVENILE OFFICER, Respondent,**

v.

**W.S. (Natural Mother), Appellant.**

**No. WD 52455.**

Missouri Court of Appeals,
Western District.

March 4, 1997.

Lynne Terry Hopper, Columbia, for appellant.

Elizabeth K. Magee, Columbia, for respondent.

Before ULRICH, C.J., P.J., and ELLIS and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Natural mother, W.S., appeals from a judgment of the Juvenile Division of the Family Court of Boone County, Missouri, terminating her parental rights over her mi-nor daughter, S.J.O., pursuant to § 211.447, RSMo 1994.

The judgment is affirmed. Rule 84.16(b).